UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO: CR 02-1073-VBF |
| Plaintiff, ) | |
| vs ) | JUDGMENT AND COMMITMENT ORDER RE SUPERVISED RELEASE REVOCATION |
| Dana White, ) | |
| Defendant. ) | |
| _____ ) | |

WHEREAS, on March 15, 2010, came the attorney for the Government, Meghan A. Blanco, and the defendant appeared in person with counsel DFPD Myra Sun, and the defendant admitted allegation number 1, as stated in the Petition on Probation and Supervised Release filed February 9, 2010.

WHEREAS, on March 15, 2010, the defendant admitted the violation and the Court finds that the defendant violated the conditions of the supervised released imposed January 9, 1991.

IT IS ADJUDGED, upon the findings of the Court, the period of supervised release is revoked, vacated, and set aside.  The defendant is committed to the custody of the Bureau of Prisons for a period of eleven (11) months, with no

1 supervision to follow.  This sentence is to run consecutive to any state sentence.

3      The defendant is advised of his right to appeal.

5      IT IS ORDERED that the Clerk deliver a copy of this Judgment and
6 Commitment Order to the U.S. Marshal and the U.S. Probation Office and this
7 copy shall serve as the commitment of the defendant.

9 DATE: March 15, 2010
10                                   Valerie Baker Fairbank
                                UNITED STATES DISTRICT JUDGE

12 FILED: March 17, 2010
13 TERRY NAFISI, CLERK

15 by Rita Sanchez
16    Deputy Clerk

18 cc: USMS
19    USPO